| | FOR COURT USE ONLY |
|---|---|
| | **FILED & ENTERED**<br><br>**DEC 01 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** firman    **DEPUTY CLERK** |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| In re:<br><br>**ARTURO ROBERTO MEJIA**<br><br><div align="right">Debtor(s).</div> | CASE NO. 8:15-bk-15669-CB<br><br>CHAPTER: 13<br><br>**ORDER TO SHOW CAUSE**<br><br>DATE: December 15, 2015<br>TIME: 10:00 a.m.<br>COURTROOM: 5D<br>PLACE: 411 W Fourth St<br>            Santa Ana CA 92701 |
|---|---|

In the above entitled bankruptcy case,

☐ _____ ("Attorney") failed to file a status report.

☐ _____ ("Attorney") failed to appear at _____.

☐ Debtor has failed to file schedules or other petition-related documents.

☐ Debtor failed to file a Statement of Social Security, which was due at the time of filing

☐ Debtor is an entity that must be represented by an attorney. [LBR 9011-2(a)]

☒ Other: Debtor to explain the purpose of filing

---

This form is for the **EXCLUSIVE** use of the United States Bankruptcy Court, Central District of California, Santa Ana Division.

*Sept 2013*

- 1 -

It is ORDERED that **ARTURO ROBERTO MEJIA AND ATTORNEY LEE LINSON** shall personally appear at the DATE, TIME and PLACE referenced above.

☒ It is further ORDERED that on or before **December 8, 2015,** Debtor shall file a declaration under penalty of perjury explaining the purpose of the current filing, and debtor's history of bankruptcies.

☒ At the hearing, the Court will determine whether the above entitled bankruptcy case should be dismissed as a bad faith filing and possible imposition of sanctions.

☒ At the hearing, the Court will determine whether sanctions will be imposed.

###

Date: December 1, 2015

Catherine Bauer
United States Bankruptcy Judge

This form is for the **EXCLUSIVE** use of the United States Bankruptcy Court, Central District of California, Santa Ana Division.

*Sept 2013*

- 2 -